**In the Interest of E.M.S., Plaintiff.**

**JUVENILE OFFICER, Respondent,**

v.

**B.J.S., Appellant.**

**No. WD 47616.**

Missouri Court of Appeals,
Western District.

Nov. 2, 1993.

Laura Higgins Tyler, Kansas City, for appellant.

Lori L. Stipp, Kansas City, for Juvenile Officer.

Kyla Grove, Kansas City, Guardian Ad Litem.

Before TURNAGE, C.J., and SMART and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Appeal from an order terminating parental rights pursuant to § 211.447.2(3), RSMo Supp.1992.

Affirmed. Rule 84.16(b).